**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-00353-REB
Criminal Action No. 08-cr-00533-REB

UNITED STATES OF AMERICA,

v.

1.   DEANDRE SMITH,

     Movant.

---

### ORDER DIRECTING MOVANT TO CURE DEFICIENCY

---

Movant, DeAndre Smith, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Prison Camp in Florence, Colorado. He submitted *pro se* on February 17, 2010, a letter asking for reconsideration of his sentence. He has failed to file a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted letter is deficient as described in this order. Movant will be directed to cure the following if he wishes to pursue his claims. Any papers that Movant files in response to this order must include the civil action number on this order.

**Complaint, Petition or Application**:
(1)   X   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing an original signature by the prisoner
(4)   ___   is missing page nos. ___
(5)   ___   uses et al. instead of listing all parties in caption
(6)   ___   An original and a copy have not been received by the court. Only an original has been received.

(7) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(8) __ names in caption do not match names in text
(9) __ other_____

Accordingly, it is

ORDERED that Movant cure the deficiency designated above **within thirty (30) days from the date of this order**.  Any papers that Movant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the Court mail to Movant, together with a copy of this order, two copies of the following form to be used in submitting a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 motion:  Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.  It is

FURTHER ORDERED that, if Movant fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, February 22, 2010.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge