**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-00353
Criminal Case No.   08-cr-00533-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DEANDRE SMITH,
    a/k/a "Little D,"

    Defendant.

## ORDER DENYING MOTION FOR RECONSIDERATION

**Blackburn, J.**

The matter before me is defendant's **Motion for Reconsideration** [#189] filed January 12, 2010.  Defendant asks me to reconsider his sentence pursuant to Fed.R.Crim.P. 35(b).  That rule, however, contemplates reduction in the defendant's sentence only on motion of the government for substantial assistance.  Not only is the present motion not made by the government, but it seeks a reduction in sentence based on alleged ineffective assistance of counsel, not substantial assistance.[1]  The motion thus lacks legal foundation and must be denied.

---

[1] As pointed out by the government in its response, defendant's request sounds more in the nature of a request for relief under 28 U.S.C. § 2255, (*see* **Government's Response to Defendant's Letter/Motion Seeking a Sentence Reduction Under Rule 35(b) (Filed as Docket # 189)** [#191], filed January 29, 2010), and in fact, plaintiff appears to have attempted to refile the instant motion as a petition pursuant to 28 U.S.C. § 2255 (*see* **Motion To Vacate Under 28 U.S.C. § 2255** [#192], filed February 17, 2010). Noting deficiencies in the purported § 2255 petition, I have ordered defendant to cure.  (**See Order Directing Movant To Cure Deficiency** [#193] entered February 22, 2010.)

**THEREFORE, IT IS ORDERED** that defendant's **Motion for Reconsideration** [#189] filed January 12, 2010, is **DENIED**.

Dated February 23, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge